**Order entered May 14, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00203-CR

### EX PARTE KURNICUS HAYES

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. WX20-93394-T**

## ORDER

We **REINSTATE** the appeal for the limited purpose of adjudicating appellant's May 10, 2021 motion to dismiss probation violation proceedings in the trial court and issue a stay. We **DENY** the motion.

Having denied appellant's motion, we again **ABATE** the appeal to allow the trial court to comply with the Court's May 6, 2021 order requesting findings of fact to clarify the trial court's order denying relief on appellant's habeas application.

/s/   ERIN A. NOWELL
        JUSTICE